IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY OWENS AND STACI OWENS, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-2742 |
| BAC HOME LOANS SERVICING, L.P., *et al.*, | § § | |
| Defendants. | § | |

**ORDER**

The plaintiffs filed an unopposed motion for continuance of the status conference. (Docket Entry No. 33). The motion is granted. The status conference is reset to **May 28, 2013, at 4:30 p.m.**

SIGNED on May 8, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge